**USPS TRACKING #**

9590 9402 3657 7335 4477 78

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

United States District Court
Northern District of Texas
Office of the Clerk
1100 Commerce St, Room 1452
Dallas, TX 75242

RECEIVED-5
AUG 27 2020
MAILROOM

3-20-cv-1799 doc #3
3-20-cr-391 doc #1

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Larry Reynolds
   305 Smith St
   Mansfield, TX 76063



9590 9402 3657 7335 4477 78

2. Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  L Reynolds
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Covid-19

C. Date of Delivery
8-26-20

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                                    Domestic Return Receipt